CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 1 3 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

|  |  |  |
|---|---|---|
| FRED LEWIS WILSON, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:09CV00126 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| VA D.O.C., | ) | By: Glen E. Conrad |
| | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28

U.S.C. § 2254, is **DISMISSED**; and this action is stricken from the active docket of the court.

ENTER: This 13ᵗʰ day of October, 2009.

_____
United States District Judge